IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY EDWARDS　　　　　　　　　　　　　　　　　　　　　　　　　PLAINTIFF

vs.　　　　　　　　　　　　　Civil No. 06-4034

ROY STANLEY, Director,
Texarkana Animal League　　　　　　　　　　　　　　　　　　　　DEFENDANT

### ORDER

Plaintiff has submitted for filing in this district a complaint pursuant to Title VII of the Civil Rights Act, along with an *in forma pauperis* application. We find the complaint should be provisionally filed prior to a determination regarding plaintiff's status as a pauper and service of process.[1] The United States District Clerk is hereby directed to file the complaint and *in forma pauperis* application.

IT IS SO ORDERED this 28th day of April 2006.

　　　　　　　　　　　　　　　　　　　　　　　　　　BOBBY E. SHEPHERD
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

U. S. DISTRICT COURT
WESTERN DISTRICT ARKANSAS
FILED

MAY 0 1 2006

CHRIS R. JOHNSON, CLERK
BY　　CP
　　DEPUTY CLERK

---

[1] *Carney v. Houston*, 33 F.3d 893 (8th Cir. 1994); *Gentile v. Missouri Dept. of Corr. & Human Res.*, 986 F.2d 214 (8th Cir. 1993).