IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

JERRY EDWARDS                                                                                    PLAINTIFF

VS.                                              CASE NO. 06-CV-4034

ROY STANLEY, Director
Texarkana Animal League                                                                DEFENDANT

## ORDER

On October 2, 2006, Defendant Roy Stanley filed a Motion to Dismiss this case pursuant to Fed. R. Civ. P. 12(b)(6). (Doc. 11). According to United States District Court for the Western District of Arkansas Local Rule 7.2(b), Plaintiff Jerry Edwards had eleven (11) days from receipt of service of Defendant's Motion to Dismiss to "serve and file with the Clerk a concise statement in opposition to the motion with supporting authorities."

As of November 8, 2006, Plaintiff had not filed such a response, and the time to respond to the Motion to Dismiss had passed. On that date, November 8, 2006, the Court issued a Show Cause Order (Doc. 13) to Plaintiff, requesting that cause be shown for Plaintiff's failure to respond to Defendant's Motion to Dismiss. Plaintiff's response to the Show Cause Order was due by November 22, 2006. As of December 14, 2006, Plaintiff has not responded to the Show Cause Order.

Accordingly, the Court finds that Plaintiffs have failed to prosecute this action and to comply with orders of the Court. Therefore, the Court is satisfied that Plaintiffs' Complaint should be and hereby is **DISMISSED**.

**IT IS SO ORDERED**, this 14th day of December, 2006.

                 /s/Harry F. Barnes
                Hon. Harry F. Barnes
                United States District Judge